■ FIRST UNITED METHODIST CHURCH OF SYRACUSE et al., Respondents, and ROMAN CATHOLIC DIOCESE OF SYRACUSE et al., Intervenors-Respondents, v CITY OF SYRACUSE, et al., Appellants. (Appeal No. 1.)—Order and judgment unanimously affirmed without costs for reasons stated at Special Term, Murphy, J. (Appeal from order and judgment of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ. *[See,* 140 Misc 2d 200.]

■ FIRST UNITED METHODIST CHURCH OF SYRACUSE et al., Respondents, and ROMAN CATHOLIC DIOCESE OF SYRACUSE et al., Intervenors-Respondents, v CITY OF SYRACUSE et al., Defen-

dants, and DOWNTOWN COMMITTEE OF SYRACUSE, Proposed Intervenor-Appellant. (Appeal No. 3.)—Order unanimously affirmed without costs. Memorandum: We agree with Special Term's denial of the application of the Downtown Committee to intervene in this action. The Downtown Committee is not a necessary party and it will not be bound by the judgment herein. The Committee seeks to duplicate the city's representation in this lawsuit as evidenced by its proposed answer, which merely reasserts all the same positions advanced by the city. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.